**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-21598-GAYLES**

TIFFANY (NJ) LLC,

     **Plaintiff,**

v.

DESIGNERBAGSDIRECT.COM a/k/a
DESIGNERBAGS-DIRECT.COM a/k/a
DESIGNERBAGSDIRECT.SHOP, AN
INDIVIDUAL, BUSINESS ENTITY, OR
UNINCORPORATED ASSOCIATION,

     **Defendant.**

_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff Tiffany (NJ) LLC's ("Plaintiff")

Motion for Entry of Default Final Judgment Against Defendant (the "Motion"). [ECF No. 13]. The

Court has reviewed the Motion and the record and is otherwise fully advised.

1.    On March 11, 2026, Plaintiff filed this action against Defendant

designerbagsdirect.com a/k/a designerbags-direct.com a/k/a

designerbagsdirect.shop, an Individual, Business Entity, or Unincorporated

Association ("Defendant"), alleging claims for trademark counterfeiting and

infringement, false designation of origin, common law unfair competition, and

common law trademark infringement. [ECF No. 1].

2.    On March 27, 2026, pursuant to the Court's Order Authorizing Alternate Service

of Process, [ECF No. 7], Plaintiff served Defendant via e-mail and website posting

on Plaintiff's serving notice website. [ECF No. 10]. Defendant failed to timely

answer or otherwise respond to the Complaint.

3. On April 20, 2026, Plaintiff filed a Motion for Clerk's Entry of Default against Defendant, [ECF No. 11], and the Clerk entered a default against Defendant, [ECF No. 12].

4. On April 21, 2026, Plaintiff filed the instant Motion seeking a default judgment against Defendant. [ECF No. 13].

5. As a result of Defendant's failure to appear, respond to the Complaint, or otherwise appear in this action, the Court accepts as true Plaintiff's claims for trademark counterfeiting and infringement, false designation of origin, common law unfair competition, and common law trademark infringement. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of Default Final Judgment, [ECF No. 13], is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58(a), final judgment will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of April, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE